189 So. 218

### Floyd DEESE v. STATE.
### 4 Div. 451.

Court of Appeals of Alabama.
May 23, 1939.

A. L. Patterson and W. R. Belcher, both of Phenix City, for appellant.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the State.

RICE, Judge.

This case is a companion to the case of Guy Hardis v. State, Ala.App., 189 So. 216,[1] the appellants in each of the same having been tried, below, for the same offense, jointly. Upon the authority of what has been written by Judge Samford in the Guy Hardis case, supra, the judgment of conviction, here, is reversed, and the cause remanded.

Reversed and remanded.

